UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00312 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MARQUARIUS D. YORK | MAGISTRATE JUDGE HAYES |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS ORDERED** that the Court accepts the guilty plea of the defendant Marquarius D. York, and adjudges him guilty of the offense charged in Count One of the Indictment.

**IT IS FURTHER ORDERED** that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) and ammunition seized in this matter.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 6th day of February 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT